UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INTERNATIONAL BUSINESS MACHINES
CORPORATION,

            Plaintiff,

vs.

MARK D. PAPERMASTER,

            Defendant.

Civil Action No. 08 CIV 9078

RULE 7.1 STATEMENT

**JUDGE KARAS**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff International Business Machines Corporation ("IBM"), a nongovernmental corporate party, hereby certifies that IBM has no parent corporation and that there is no publicly held corporation which holds 10% or more of IBM's stock.

October 22, 2008



CRAVATH, SWAINE & MOORE LLP,

by

    Evan R. Chesler
  (EChesler@Cravath.com)
    Stephen S. Madsen
  (SMadsen@Cravath.com)
    Members of the Firm

Attorneys for Plaintiff International
Business Machines Corporation
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000