53rd at Third
885 Third Avenue
New York, New York 10022-4834
Tel: +1 212 906 1200  Fax: +1 212 751 4864
www.lw.com

# LATHAM&WATKINS LLP

MEMO ENDORSED

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

October 31, 2008

| | |
|---|---|
| FIRM / AFFILIATE OFFICES | |
| Abu Dhabi | Munich |
| Barcelona | New Jersey |
| Brussels | New York |
| Chicago | Northern Virginia |
| Doha | Orange County |
| Dubai | Paris |
| Frankfurt | Rome |
| Hamburg | San Diego |
| Hong Kong | San Francisco |
| London | Shanghai |
| Los Angeles | Silicon Valley |
| Madrid | Singapore |
| Milan | Tokyo |
| Moscow | Washington, D C |

**VIA FACSIMILE**

The Honorable Kenneth M. Kar ;
United States District Court
Southern District of New York
United States Courthouse
300 Quarropas St., Room 533
White Plains, NY 10601-4150

Re:    International Bus iess Machines Corporation v. Papermaster, Case No. 08-CV-
9078 (KMK)

Dear Judge Karas:

We represent the Defen( nt, Mark Papermaster, in the above-captioned case. Pursuant to
Your Honor's Individual Rules if Practice, Mr. Papermaster's opposition papers in response to
Plaintiff's motion for preliminai injunction are due to be filed next Tuesday, November 4th. For
the reasons discussed below, w respectfully request that Mr. Papermaster be permitted to file
those materials under seal.

On October 24, 2008, laintiff International Business Machines Corporation ("IBM")
filed a motion for a prelimir ry injunction. seeking to enjoin Mr. Papermaster, a former
employee of IBM, from worki ; for Apple Inc. ("Apple"). IBM claims that by doing so Mr.
Papermaster will be in breach o a form Noncompetition Agreement that he signed while at IBM.

Mr. Papermaster's respc se will demonstrate that IBM is not entitled to the relief it seeks
because, among other things, ( · IBM and Apple are focused on entirely different markets and
are not competitors. and (2) th( job Mr. Papermaster has taken at Apple has nothing to do with
the work he did at IBM. Mr. ] ipermaster was hired not because of any specific knowledge or
experience he gained at IBM, t t because of his general skill and experience as an engineer, his
strong managerial skills, and A] le's perception that he would fit within its corporate culture.

The evidence Mr. Paper aster will submit in support of his opposition includes material
involving sensitive internal per; nnel issues at Apple that are not yet public, as well as some
confidential information regard g Apple's business. Courts regularly afford confidentiality
protection to such materials. S( . e g., *Standard Inv. Chartered, Inc. v. National Ass'n of*

October 31, 2008
Page 2

## LATHAM&WATKINS LLP

*Securities Dealers*, No. 07-CV-. 14, 2008 WL 199537, at *8 (S.D.N.Y. Jan. 22, 2008) (granting motion for a protective order to strict public access to confidential business information); *Sterbens v. Sound Shore Medica Center*, No. 01-CV-5980, 2001 WL 1549228, at *3 (S.D.N.Y. Dec. 5, 2001) (granting motion : r a protective order to prevent disclosure to non-parties of certain personnel documents).

We have submitted a prc osed protective order to Plaintiff's counsel, which they are currently reviewing; assuming v : can reach an agreement we will submit the proposed order for Your Honor's consideration. H· ·vever, given the expedited nature of Plaintiff's motion, we respectfully request that Mr. Pa rmaster be permitted to file his opposition papers under seal in advance of that determination, a d that those materials be deemed confidential for the time being. (We will, of course, serv the papers on Plaintiff's counsel and provide courtesy copies to the Court today as required by \ ur Honor's Individual Rules of Practice.)

We thank the Court for i attention to this matter.

Respectfully submitted.

Blair G. Connelly
of LATHAM & WATKINS LLP

cc:    Evan R. Chesler
       Stephen S. Madsen

Mr. Papermaster may file his opposition to Plaintiff's Preliminary Injunction motion under seal, provided that a redacted version will be filed within 30 days of the date of this ~~order~~ memo endorsement.

SO ORDERED:

KENNETH M. KARAS U.S.D.J.
11/3/08