UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INTERNATIONAL BUSINESS MACHINES
CORPORATION,

            Plaintiff,

-against-

MARK D. PAPERMASTER,

            Defendant.

08 Civ. 9078 (KMK)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                : ss.:
COUNTY OF NEW YORK  )

        RACHEL FELD, being duly sworn, deposes and says:

        1.     I am over 18 years of age and am employed by Latham & Watkins LLP and am not a party to this action.

        2.     On Friday, October 31, 2008, I served a true and correct copy of the Defendant Mark D. Papermaster's Memorandum in Opposition to Plaintiff's Motion for Preliminary Injunction, dated 10/31/2008, Declaration of Mark D. Papermaster, dated 10/31/2008, Declaration of Robert Mansfield, dated 10/31/08, Declaration of Danielle Lambert, dated 10/31/2008, and Declaration of Blair G. Connelly, dated 10/31/2008, by personal service upon:

        Evan R. Chesler, Esq.
        Stephen S. Madsin, Esq.
        Cravath, Swaine & Moore LLP
        Worldwide Plaza
        825 Eighth Avenue
        New York, NY 10019-7475

by delivering and leaving same in the custody of the Messenger Center for Cravath, Swaine & Moore LLP located on the ground floor of 825 Eighth Avenue.

                                                                                 RACHEL FELD

Sworn to before me this
3rd day of November, 2008

_____
Notary Public

JESSICA L. BENGELS
Notary Public, State of New York
No. 02BE6143492
Qualified in Queens County
Commission Expires April 10, 2010