UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>                    Plaintiff,<br><br>     v.<br><br>MARK D. PAPERMASTER,<br><br>                    Defendant. | 08 Civ. 9078 (KMK)<br><br>**NOTICE OF APPEARANCE** |

　　　　　　　PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Defendant, Mark D. Papermaster, in the above-captioned action:

> Blair G. Connelly
> Latham & Watkins LLP
> 885 Third Avenue
> New York, New York 10022
> Telephone: (212) 906-1200
> Facsimile:   (212) 751-4864

Dated:  November 6, 2008
　　　　New York, New York                         LATHAM & WATKINS LLP


　　　　　　　　　　　　　　　　　　　　By:     /s/  Blair G. Connelly
　　　　　　　　　　　　　　　　　　　　　　　Blair G. Connelly
　　　　　　　　　　　　　　　　　　　　　　　885 Third Avenue, Suite 1000
　　　　　　　　　　　　　　　　　　　　　　　New York, New York  10022
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 906-1200
　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 751-4864

　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant,*
　　　　　　　　　　　　　　　　　　　　　　　*Mark D. Papermaster*