UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>                       Plaintiff,<br>vs.<br><br>MARK D. PAPERMASTER,<br><br>                       Defendant. | 08 Civ. 9078 (KMK)<br><br>**ORDER GRANTING MOTION TO ADMIT COUNSEL**<br>**PRO HAC VICE** |
|---|---|

This matter having been brought before the Court by motion to admit Timothy B. Hardwicke *pro hac vice* to appear and participate as counsel for Defendant Mark D. Papermaster in the above-captioned action, and the declaration of such attorney having been submitted in support thereof, and it appearing that such attorney is a member in good standing of the bar of the state in which he is admitted to practice law, and there are no disciplinary proceedings against him as a member of the bar in any jurisdiction; it is

ORDERED that, pursuant to Local Civil Rule 1.3(c) of this Court, Timothy B. Hardwicke of the bar of the State of Illinois is admitted *pro hac vice* to practice before this Court as counsel for Mark D. Papermaster in these proceedings.

Dated: November 6, 2008

                                                Honorable Kenneth M. Karas
                                                United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____