UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

INTERNATIONAL BUSINESS MACHINES
CORPORATION,

                Plaintiff,

-v-

MARK D. PAPERMASTER,

                Defendant.

Case No. 08-CV-9078 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

For reasons that will be stated in a forthcoming Opinion, Plaintiff's Motion for Preliminary Injunctive Relief is GRANTED. It is further

ORDERED that Defendant, Mark D. Papermaster, will immediately cease his employment with Apple Inc. until further Order of this Court; and it is further

ORDERED, pursuant to Fed. R. Civ. P. 65(c), that Plaintiff is required to propose a reasonable bond, after consultation with Defendant, to the Court by 4:00 p.m. on November 10, 2008. If Defendant objects, he shall submit his opposition by 4:00 p.m. on November 11, 2008; and it is further

ORDERED that the Court will hold a status conference on November 18, 2008, at 10:00 a.m., at which it will discuss, and encourages the Parties to discuss beforehand, an expedited schedule for discovery and trial.

SO ORDERED.

Dated: November 7, 2008
White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE