*Karas, J.* LML

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
INTERNATIONAL BUSINESS MACHINES
CORPORATION,

                Plaintiff,

    v.

MARK D. PAPERMASTER,

               Defendant.
-------------------------------------------------------- x
MARK D. PAPERMASTER,

                Counterclaim-Plaintiff,

    v.

INTERNATIONAL BUSINESS MACHINES
CORPORATION,

                Counterclaim-Defendant.
-------------------------------------------------------- x

Case No. 08 Civ. 9078 (KMK)

**STIPULATION AND ORDER
OF SUBSTITUTION OF COUNSEL**

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

IT IS HEREBY STIPULATED that pursuant to the instructions of the defendant MARK D. PAPERMASTER, WEIL, GOTSHAL & MANGES LLP, shall be, and they hereby are, substituted for LATHAM & WATKINS, LLP, as attorneys for MARK D. PAPERMASTER.

Dated: New York, New York
November 26, 2008

LATHAM & WATKINS, LLP

By: _____
Blair G. Connelly
885 Third Avenue
New York, New York 10022-4834
Telephone: (212) 906-1200

WEIL, GOTSHAL & MANGES LLP

By: _____
James W. Quinn
Jeffrey S. Klein
Bruce S. Meyer
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000

NY1:\1591785\02\Y48902!.DOC\99980.0025

MARK D. PAPERMASTER

By: _____
Mark D. Papermaster
10206 Sausalito Drive
Austin, TX 78759

SO ORDERED:

_____
Hon. Kenneth M. Karas
United States District Judge

Dated: 12/2/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
INTERNATIONAL BUSINESS MACHINES
CORPORATION,

     Plaintiff,

  v.

MARK D. PAPERMASTER,

     Defendant.
---------------------------------------------------------- x
MARK D. PAPERMASTER,

    Counterclaim-Plaintiff,

  v.

INTERNATIONAL BUSINESS MACHINES
CORPORATION,

    Counterclaim-Defendant.
---------------------------------------------------------- x

Case No. 08 Civ. 9078 (KMK)

**AFFIRMATION IN SUPPORT
OF SUBSTITUTION OF COUNSEL**

    BLAIR G. CONNELLY, affirms and says:

  1. I am a member of the law firm of Latham & Watkins. I make this affirmation pursuant to Local Civil Rule 1.4 of the United States District Courts for the Southern and Eastern Districts of New York in support of the Stipulation and Order of Substitution of Counsel for defendant Mark D. Papermaster in this action, pursuant to which Weil, Gotshal & Manges LLP is to be substituted for Latham & Watkins as attorneys of record.

2.  The substitution of counsel is based on the mutual consent of the defendant, withdrawing counsel and substituting counsel. The substitution will not affect the posture of the case or cause any delay.

Dated: November 26, 2008
    New York, New York

*[signature]*
BLAIR G. CONNELLY

LATHAM & WATKINS
885 Third Avenue
New York, New York 10022
(212) 906-1200

CERTIFICATE OF SERVICE

I, Patricia Wencelblat, an attorney at Weil, Gotshal & Manges LLP, attorneys for defendant Mark D. Papermaster, hereby certify under penalty of perjury, that on December 1, 2008, I caused a copy of the annexed **Stipulation and Order of Substitution of Counsel** and **Affidavit in Support of Substitution of Counsel** to be served by First Class Mail on:

Evan R. Chesler, Esq.
Stephen S. Madsen, Esq.
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, New York 10019-7475
(212) 474-1000
Counsel for Plaintiff International Business Machines Corporation

Patricia S. Wencelblat