AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern     DISTRICT OF     New York

International Business Machines Corporation

v.

Mark D. Papermaster

**APPEARANCE**

Case Number: 08 Civ. 9078

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Mark D. Papermaster

I certify that I am admitted to practice in this court.

12/8/2008
Date

Signature

James Quinn
Print Name     Bar Number

Weil, Gotshal & Manges LLP; 767 Fifth Ave.
Address

New York     NY     10153
City     State     Zip Code

(212) 310-8385     (212) 310-8007
Phone Number     Fax Number