AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

International Business
Machines Corp.
v.
Mark D. Papermaster

**APPEARANCE**

Case Number: 08 Civ. 9078

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Mark D. Papermaster

I certify that I am admitted to practice in this court.

12/8/2008
Date

Signature

Bruce S. Meyer                                          BM-3506
Print Name                                              Bar Number

Weil, Gotshal & Manges LLP; 767 Fifth Ave.
Address

New York              NY                    10153
City                  State                 Zip Code

(212) 310-8013                              (212) 310-8007
Phone Number                                Fax Number