AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern   DISTRICT OF   New York

International Business Machines Corporation

v.

Mark D. Papermaster

**APPEARANCE**

Case Number: 08 Civ. 9078

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Mark D. Papermaster

I certify that I am admitted to practice in this court.

| 12/8/2008 | [signature] |
|---|---|
| Date | Signature |
|  | Jeffrey S. Klein — JK-5307 |
|  | Print Name — Bar Number |

Weil, Gotshal & Manges LLP; 767 Fifth Ave.
Address

| New York | NY | 10153 |
|---|---|---|
| City | State | Zip Code |

| (212) 310-8790 | (212) 310-8007 |
|---|---|
| Phone Number | Fax Number |