# MANDATE

SDNY/WPNY
08-CV-9078
KARAS

## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse at Foley Square   40 Centre Street, New York, NY 10007   Telephone: 212-857-8500

### MOTION INFORMATION STATEMENT

**Docket Number(s):** 08-5618-cv

**Caption [use short title]**

International Business Machines Corporation

v.

Papermaster

**Motion for:** dismissal of the appeal pursuant to FRAP 42(b)

Set forth below precise, complete statement of relief sought:
Appellant Mark D. Papermaster respectfully requests that this Court dismiss the appeal, pursuant to FRAP 42(b), on terms agreed to by the parties in the accompanying stipulation.

*Stamps: U.S. Court of Appeals FILED FEB 0 3 2009; U.S. District Court FILED MAR 0 3 2009 S.D. OF N.Y.*

**MOVING PARTY:** Mark D. Papermaster
☐ Plaintiff   ☑ Defendant
☑ Appellant/Petitioner   ☐ Appellee/Respondent

**OPPOSING PARTY:** International Business Machines Corporation

**MOVING ATTORNEY:** Caitlin J. Halligan
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8535
caitlin.halligan@weil.com

**OPPOSING ATTORNEY [Name]:** Evan R. Chesler
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue, New York, NY 10019
(212) 474-1243
echesler@cravath.com

**Court-Judge/Agency appealed from:** United States District Court for the Southern District of New York - Honorable Kenneth M. Karas

**Please check appropriate boxes:**

Has consent of opposing counsel:
A. been sought?   ☑ Yes   ☐ No
B. been obtained?   ☑ Yes   ☐ No

Is oral argument requested?   ☐ Yes   ☑ No
(requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes   ☑ No
If yes, enter date _____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has request for relief been made below?   ☐ Yes   ☐ No

Has this relief been previously sought in this Court?   ☐ Yes   ☐ No

Requested return date and explanation of emergency:

**Signature of Moving Attorney:** _[signature]_   **Date:** February 2, 2009

Has service been effected?   ☑ Yes   ☐ No
[Attach proof of service]

### ORDER

IT IS HEREBY ORDERED that the appeal is dismissed with prejudice. Each party shall bear its own costs and attorney's fees associated with the appeal.

**Date:** 02/04/09

*Stamp: U.S. Court of Appeals FILED FEB 0 4 2009*

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk
by _[signature]_
Joy Fallek, Administrative Attorney

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _[signature]_
DEPUTY CLERK

**CERTIFIED:** MAR 2 2009

Dockets.Justia.com

UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE, NEW YORK, N.Y. 10007

Dennis Jacobs
CHIEF JUDGE

Catherine O'Hagan Wolfe
CLERK OF COURT

Date: 3/2/09

Docket Number: 08-5618-cv

Short Title: International Business Machines Corporation v. Papermaster

DC Docket Number: 08-cv-9078

DC: SDNY (WHITE PLAINS)

DC Judge: Honorable Kenneth Karas

## ACKNOWLEDGMENT RECEIPT

To: Appeals Clerk

Kindly endorse the acknowledgment receipt in the line below and return to the Court of Appeals for the Second Circuit.

**MANDATE ACKNOWLEDGMENT** = Transfer of Jurisdiction
The mandate consists of the items indicated below:
- ✗ Clerk Order dated 02/03/2009
- ☐ Court Order dated <mm/dd/yy>
- ☐ Default Order <mm/dd/yy>
- ☐ So-Ordered Stipulation <mm/dd/yy>
- ☐ Summary Order dated <mm/dd/yy>
- ☐ Opinion and Judgment dated <mm/dd/yy>
- ☐ Statement of Costs dated <mm/dd/yy>

**CERTIFIED ACKNOWLEDGMENT** = For Informational Purposes
- ☐ Clerk Order dated <mm/dd/yy>
- ☐ Court Order dated <mm/dd/yy>
- ☐ So-Ordered Stipulation <mm/dd/yy>

Received by: _____
                (Origination Court or Agency)
Date: _____